United States District Court
For the District of Columbia
Civil Division

Gardner Bradley, pro se
1901 D Street, S.E.
Washington, D.C. 20003
   petitioner

—verses—

D.C. Dept. of Corrections, et al.,
Odie Washington director of DCDC, and
Warden Steven A. Smith of (CDF) D.C. Jail
1923 Vermont Ave., N.W. Ste N209
Washington, D.C. 20001
   Respondeant

Civil docket No: #05-1304
UNA

Writ of Extraordinary Circumstances for Court Inquiry of Complaint of Torture by Correctional Officers employed as municipal workers of City of Washington, D.C.

To; Clerk of Court Office for U.S. District Court for D.C.

 I, Gardner Bradley, being the aggrieved complaintant in the above entitled handwritten affidavit duly seeks leniency before Court in filing pro se pleading against conditions of confinement related to U.S. Const. Amend. 4 and U.S. Const. Amend. 14 against torture within the territorial borders of United States of America

 Aforementioned, complaint has been filed but not in its entirety with office of the United Nations High Commissioner for Human Rights pursuant Rule 108(1) Torture of complaintant seeking interim measures by state (United States of America) Adopting treaty as of December 10, 1984. Alleging Optional Protocol to International Covenant to a fair tribunal for disorderly conduct in traffic court proceedings.

That petitioner/injuried complaintant was afraid of DCDC official censoring U.S. Postal mail service therefore, Aggreived complaintant alleged an Appellate issue or error for direct appeal to D.C. Appellate Court jurisdiction reviewing felony conviction in U.S. -v- Bradley docketed No.# F-2584-04 and District of Columbia -v- Bradley docketed No.# D-01036-4A before Judge Richard Ringell in Court proceeding for fine for disorderly conduct offense at Library of Congress alleged by Federal police officers Melvin Frelds, Melvin Wilbon, and Michael Hutchinson the day of incident on April 19, 2004. That Complaintant filed a handwritten Affidavit signed tortured federal detainee at 1901 D Street, S.E., Wash, D.C. 20003 unto United Nations High Commissioner for Human Rights in New York.

Complaintant seeks a Writ of of Extraordinary circumstances for Court Inquiry (Injunctive Sanctions against DCDC officials) of Torture on Sunday, July 31, 2005 by three Correctional officers causing physical injuries and loss of blood for being accused of spitting on a Correctional officer when taken back to cell #44 for agruing with another inmate on total seperation housed in cell #59 of South 1 unit awaiting sentencing in U.S. District Court for D.C. located at 333 Constitution Ave., NW Wash, D.C.

That complaintant is under psychiatric care from private psychological business contracting mental health services at CDF or D.C. Jail.

Aggreived has also filed pleading in D.C. Superior Court Special Proceedings Branch for Writ of Habeas Corpus to transfer federal detainee to another detention facility while awaiting transport to federal penal institution in Bradley-verses- D.C. Dept. of Corrections, et al., docketed case No.# SP-1323-05.

Inconclusion, complaintant believes he is being tortured by **Negro** Correctional officers employed by city of Washington, D.C. under color of state authority. I, Gardner Bradley, attest that foregoing Affidavit is true and correct ~~ewalty of perjury~~. This 4th day of August 2005 A.D.

*Gardner Bradley*
Torture Victim
1901 D Street S.E.