FILED

OCT - 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDNER BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1304 |
| ) | |
| ODIE WASHINGTON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Clerk of Court received plaintiff's initial *pro se* complaint and application to proceed *in forma pauperis* on June 17, 2005. Because plaintiff did not submit a certified copy of his trust fund account as required under 28 U.S.C. § 1915, the Clerk provisionally filed the papers on June 29, 2005, and an Order directed plaintiff to submit the financial information within 30 days. Plaintiff's subsequent submission [Dkt. #4] was construed as a motion for an extension of time to provide the financial information, and his deadline was extended for another 30 days.

Plaintiff's current submission includes a complaint, a new application to proceed *in forma pauperis*, and a trust fund account statement.[1] On his complaint's caption, plaintiff wrote "05-1403" as the civil action number. The Court presumes that this is an error, and that plaintiff intended instead to write "05-1304," the correct civil action number for his open case. The Court also presumes that, with the filing of another

---

[1] The Court's ruling on plaintiff's application to proceed *in forma pauperis* will be addressed in a separate Order.

1

complaint, plaintiff intended to amend the complaint initially filed in June.

Accordingly, it is hereby

ORDERED, that the Clerk of Court docket plaintiff's pleading as an Amended Complaint in Civil Action No. 05-1304, and it is

FURTHER ORDERED that the Clerk of Court randomly assign this action to a judge for further proceedings.

SO ORDERED.

_____
United States District Judge

DATE: Oct. 1, 2005