UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDNER BRADLEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CV-05-1304 (ESH) |
| ODIE WASHINGTON, <u>et al.</u>, : | |
| : | |
| Defendants. : | |
| _____: | |

### DEFENDANT BERNARD HALL'S MOTION FOR LEAVE TO LATE FILE HIS ANSWER TO THE COMPLAINT

Defendant Bernard Hall, by and through counsel, herein moves pursuant to Fed. P. Civ. R. 6(b)(2) to late file his answer and states as follows:

1. On or about September 1, 2005, plaintiff filed an Amended Complaint against this defendant and others, and claims that he was physically assaulted while a ward at the D.C. Jail.  See Complaint, generally.

2. On or about November 4, 2005, this defendant received a copy of plaintiff's Complaint.

3. On or about May 5, 2005, plaintiff filed a habeas action against in the D.C. Superior Court, *Gardner Bradley v. DC*, 05-1323.  Due to inadvertence and administrative error, the two (2) cases filed by plaintiff were mixed up and an Answer was not timely filed by this defendant.

4. Fed. Civ. P. R. 6(b) states that, ""[w]hen by these Rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion (2) upon motion made after the expiration of the specified period permit the act to be done where

the failure to act was the result of excusable neglect. This defendant believes that he has met the requirements of Rule 6(b)(2), and plaintiff will not be unduly prejudice by the grant of this motion.

5.   This defendant's answer is being filed contemporaneously with this motion.

6.   Plaintiff is incarcerated and his consent to the relief herein requested was not sought.

>Respectfully submitted,
>
>ROBERT J. SPAGNOLETTI
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>\_\_\_\s\_____
>PATRICIA A. JONES [428132]
>Chief, General Litigation Sec. IV
>
>\_\_\_\s\_____
>MICHAEL P. BRUCKHEIM [455192]
>Assistant Attorney General
>441 4TH Street, NW, 6th Floor-South
>Washington, D.C. 20001
>202-724-6649; 202-727-6295

## CERTIFICATE OF SERVICE

This certifies that on the 11th day of January, 2006, a true and correct copy of the foregoing Answer was sent by first-class mail, postage prepaid to:

Gardner Bradley
No.: 296275
MCFP
P.O. Box 4000
Springfield, MO 65807
Pro se Plaintiff

>_____\s\_____
>MICHAEL P. BRUCKHEIM
>Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDNER BRADLEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CV-05-1304 (ESH) |
| ODIE WASHINGTON, et al., : | |
| : | |
| Defendants. : | |
| _____: | |

ORDER

Upon consideration of defendant Bernard Hall's motion for leave to late file his Answer to plaintiff's Complaint, any opposition thereto, and the record herein, it is this \_\_\_\_ day of _____, 2006,

ORDERED: that defendant Hall's motion is hereby granted; and it is,

FURTHER ORDERED: that defendant Hall's Answer is hereby accepted for filing.

_____
Judge Ellen S. Huvelle

Cc:

Michael P. Bruckheim
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, D.C. 20001

Gardner Bradley
No.: 296275
MCFP
P.O. Box 4000
Springfield, MO 65807