**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARDNER BRADLEY, | : |
|     Plaintiff, | : |
| v. | : |
| | :   CV-05-1304 (ESH) |
| ODIE WASHINGTON, <u>et al.</u>, | : |
|     Defendants. | : |

### DEFENDANTS BERNARD HALL AND STEVEN SMITH'S ANSWER TO THE COMPLAINT

Defendants Bernard Hall and Steven Smith ("Defendants") answer the Complaint as follows:

### First Defense

The Complaint fails to state a claim upon which relief can be granted against these defendants.

### Second Defense

Defendants deny all allegations of wrongdoing contained within the Complaint.

### Third Defense

If plaintiff was injured and/or incurred damages as alleged in the Complaint, such injuries and/or damages was the result of his sole and/or contributory negligence and/or his assumption of the risk and/or his wanton and willful conduct.

### Fourth Defense

If plaintiff was injured and/or incurred damages as alleged in the Complaint, such injuries and/or damages was the result of the negligence of a person or persons other than the defendants.

### Fifth Defense

Plaintiff has failed to mitigate his damages.

### Sixth Defense

Defendants are immune under the doctrines of qualified immunity and/or privilege.

### Seventh Defense

The statute of limitations and/or the doctrine of laches may bar this action.

### Eighth Defense

Defendants' actions were not the proximate cause of plaintiff's injuries.

### Ninth Defense

At all times relevant and appropriate, the defendants have fulfilled any and all legal obligations that may have been owed to the plaintiff.

### Tenth Defense

The actions taken toward the plaintiff by the defendants were only such actions as were reasonable, lawful, and/or necessary under the circumstances.

### Eleventh Defense

These defendants did not engage in any unlawful contact with the plaintiff.

### Twelfth Defense

Plaintiff may have failed to exhaust his administrative remedies.

### JURY DEMAND

These defendants demand a trial by a jury of twelve (12).

Defendants reserve the right to amend their Answer should facts learned in discovery so warrant.

WHEREFORE, having fully answered, defendants Bernard Hall and Steven Smith urge the Court to dismiss the Complaint with prejudice and award costs and attorney's fees to these defendants.

                Respectfully submitted,

                ROBERT J. SPAGNOLETTI
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                __\s_____
                PATRICIA A. JONES [428132]
                Chief, General Litigation Sec. IV

                ___\s_____
                MICHAEL P. BRUCKHEIM [455192]
                Assistant Attorney General
                441 4TH Street, NW, 6th Floor-South
                Washington, D.C. 20001
                202-724-6649; 202-727-6295

## **CERTIFICATE OF SERVICE**

This certifies that on the 11th day of January, 2006, a true and correct copy of the foregoing Answer was sent by first-class mail, postage prepaid to:

Gardner Bradley
No.: 296275
MCFP
P.O. Box 4000
Springfield, MO 65807
Pro se Plaintiff

                _____\s_____
                MICHAEL P. BRUCKHEIM
                Assistant Attorney General