UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARDNER BRADLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1304 (ESH) |
| STEVEN A. SMITH, WARDEN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

The Court has reviewed plaintiff's Amended Complaint and defendants' Answer. The Answer raised a number of defenses, some of which may dispose of all or portions of the case. It appears that a dispositive motion, such as a motion based on plaintiff's failure to exhaust his administrative remedies pursuant to the Prison Litigation Reform Act, may advance this litigation. Accordingly, it is hereby

**ORDERED** that defendants shall file a dispositive motion not later than February 28, 2006.

**SO ORDERED**.

                                                                s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

Date: January 26, 2006