RECEIVED
APR 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For The District of Columbia

Gardner Bradley, pro Se
Fed. Reg. No. #36428-007
U.S. Penitentiary-Hazelton
Box 2000
Bruceton Mills, W.V. 26525,
    plaintiff

—Verses—

Warden Steven A. Smith, et Al.,
    defendants

Civil docket: CV-05-1304(ESH)

Notification of Address Change and Petition for Leave to File Response

To: U.S. District Judge Huvelle,

I, Gardner Bradley, duly notify the clerk of court for U.S. District Court for the District of Columbia that plaintiff has been redesignated to the above noted institution in the above captioned.

Whereupon, plaintiff was delayed from contacting the courts with the appropriate docket number (CV-05-1304) until present correspondence based on legal material shipped seperately from U.S. Marshal transports.

Therefore, plaintiff duly seeks leniency of court to file late Answer (Response) to Office of the Attorney General for the District of Columbia foregoing Motion for Judgment on the Pleadings dated, February 23, 2006.

Plaintiff duly request copy of defendant's evidence submitted by defendant's as court docket entry #1 for proper review by plaintiff to file a late Answer (Response) to Motion for Judgment on the Pleadings.

In conclusion, plaintiff seeks leniency of the court to file a late Answer (Response) to Office of the Attorney General for the District of Columbia foregoing Motion for Judgment on Pleadings.

/s/ Gardner Bradley

Fed. Reg. No. #36428-007
U.S. Penitentiary - Hazelton
Box 2000
Bruceton Mills, W.V.
26525

I, Gardner Bradley, attest that the foregoing Affidavit is true and correct pursuant the penalty of perjury.
This 25th day of April 2006 A.D.