United States District Court
For The District of Columbia

Gardner Bradley, pro se
Fed. Reg. No. #36428-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
  plaintiff

-verses-

Steven A. Smith, Warden, et al,
D.C. Attorney General office
Michael P. Bruckheim, Attorney
441 4th St. NW 6th Flr-South
Washington, D.C. 20001
  defendants

Civil Action No. 05-1304 (ESH)

RECEIVED
MAY 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion pursuant to
FRCP Rule 26. Discovery

To: U.S. District Judge Huvelle

I, Gardner Bradley, being the, Above Named, plaintiff in the Above captioned case duly petition the court for a <u>Motion pursuant to FRCP Rule 26. Discovery</u>.

Plaintiff being the movant to this petition duly request for the disclosure of documents and tangible things in the custody, control, or possession of defendants' in preparation of plaintiff's case and that plaintiff is unable without undue hardship to obtain substantial equivalent of materials by other means.

That an initial disclosure is required to make a reasonable inquiry into the facts that underlie the complaint.

Therefore, plaintiff seeks discovery pursuant Federal Rules of Civil Procedure (FRCP) Rule 26(a)(1)(A) and Rule 26(a)(1)(B) and Rule 26(a)(1)(C) in anticipation of litigation that plaintiff has substantial need of the material relevant to those disputed facts that are alleged with particularity in the pleadings.

Disclosure by defendants should consist of but not limited unto:

1. The names of each individual likely to have discoverable information that the defendants' may use to support it claims or defenses;

2. Production of documents by D.C. Jail Officials:

 a. Incident reports by D.C. Jail Official involving plaintiff;

 b. Log book recordings by Correctional officers and Shift Supervisors regarding any actions taken by D.C. Jail employees involving plaintiff;

 c. Protective Custody documents signed by plaintiff;

 d. Written grievances on file at D.C. Jail by plaintiff;

 e. Written request forms to staff members on file at D.C. Jail by plaintiff;

 f. And all other documents including any unprivileged documents relating to plaintiff;

3. Surveillance videotapes of cellblock "South 1" on June 30, 2005 and July 30, 2005 where plaintiff was housed and the days of the alleged use of excessive force while plaintiff was shackled and handcuffed.

In conclusion, pro se plaintiff petitions the court for a discovery of the materials in the custody, control, or

possession of defendants to be handed over to plaintiff that are relevant to those disputed facts that are alleged with particularity in the pleadings.

I, Gardner Bradley, attest that foregoing affidavit is true and correct pursuant the penalty of perjury.

This 16th day of May 2006 A.D.

*Gardner Bradley*
Pro se plaintiff
Fed. Reg. No. #36428-007
USP Hazelton
Box 2000
Bruceton Mills, WV 26525

United States District Court
For The District of Columbia

Gardner Bradley, pro se
fed. Reg. No. 36428-007
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
    plaintiff

—verses—

Steven A. Smith, Warden, et al.,
D.C. Attorney General office
Michael P. Bruckheim, Attorney
441 4th St., NW 6th Flr South
Washington, D.C. 20001
    defendants

Civil Action No. 05-1304 (ESH)

Proof of Service
upon
Defendants

To: U.S. District Judge Huvelle

I, Gardner Bradley, being the, above named, plaintiff in the above captioned case duly attest that a foregoing affidavit entitled, Motion pursuant to FRCP Rule 26. Discovery was delivered by U.S. Postal Service by first class postage unto the above named defendants in the above captioned case on May 16, 2006 through USP Hazelton prison mail services.

I, Gardner Bradley, Attest that foregoing affidavit is true and correct pursuant the penalty of perjury.
This 16th day of May 2006 A.D.

                                  /s/ Gardner Bradley
                                  pro se plaintiff
                                  fed. reg No.# 36428-007
                                  U.S.P. Hazelton
                                  Box 2000
                                  Bruceton Mills, WV 26525