# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARDNER BRADLEY,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　　CV-05-1304 (ESH)
ODIE WASHINGTON, et al.,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　Defendants.　　　　　　　　　　　:
_____:

## AFFIDAVIT

I, Sgt. Hazel Lee, swear and affirm that the following is true and accurate to the best of my knowledge, information and belief:

1.　I am a correctional officer with the rank of Sergeant within the District of Columbia Department of Corrections.

2.　Whenever an inmate housed at a District of Columbia Department of Corrections facility files an inmate grievance, a copy of the complaint is placed in his institutional file. A receipt, which is attached to the complaint, is then given to the inmate and the original complaint is given to the Warden of the facility.

3.　Mr. Bradley's DCDC number is 296275. I have searched Mr. Bradley's institutional folder and there is no inmate grievance for an alleged assault and battery upon Mr. Bradley on June 30, 2005, or for an alleged removal of Mr. Bradley's legal materials on August 8, 2005.

4.　I have searched the Warden's records of inmate grievances for the year 2005, and there is no record of an inmate grievance filed by Mr. Bradley for the above-referenced incidents.

5. I have provided this affidavit of my own free will and was neither coerced, threatened nor promised remuneration of any kind to do so.

Dated: February 21, 2006

_____
SGT. HAZEL LEE

I, Ethel J. Lee, a Notary Public in and for the District of Columbia, do hereby certify that, SGT. HAZEL LEE, whose name is signed to the foregoing Affidavit bearing the date the 21 day of February, 2006, personally appeared before me and executed the said Affidavit, and acknowledged the same to be his act and deed.

And the said, SGT. HAZEL LEE, further made oath that he had carefully read and fully understood the same, and that his execution thereof was voluntary.

Given under my hand and official seal this ____ day of _____, 2006.

_____
NOTARY PUBLIC

My commission expires: 07/31/06

Ethel J. Lee
Notary Public, District of Columbia
My Commission Expires 07-31-2006

2