UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GARDNER BRADLEY,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1304 (ESH) |
| **STEVEN A. SMITH, WARDEN,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

It is hereby

**ORDERED** that the firm Miller & Chevalier, Chartered is appointed to represent plaintiff in this action, and it is further

**ORDERED** that plaintiff's motion for discovery [#22] is denied without prejudice.

So ordered.

                                                                                                                 s/
                                                    ELLEN SEGAL HUVELLE
                                                    United States District Judge

Date: May 24, 2006