There are no taxi, bus or airline services in the immediate area of the institution. However, taxi and airline services are available in Morgantown, West Virginia, which is approximately 20 miles from USP/SCP Hazelton.

**Visiting Hours:**

**USP Hazelton**
| | |
|---|---|
| Friday | 4:30 p.m.- 8:00 p.m. |
| Saturday | 8:00 a.m. - 3:00 p.m. |
| Sunday | 8:00 a.m. - 3:00 p.m. |
| Federal Holidays | 8:00 a.m. - 3:00 p.m. |

## Access to Legal Services

**Legal Correspondence:** Legal correspondence from attorneys will be treated as Special Mail, if it is properly marked. The envelope must be marked with the attorney's name and an indication that he or she is an attorney. ████████████████████████████████████████

[handwritten: Copy from Inmate Information handbook G.B.]

**Attorney Visits:** Attorneys should ordinarily make advance appointments for each visit. Attorneys are encouraged to visit during regular visiting hours. However, visits from an attorney can be arranged at other times based on the circumstances of each case and available staff. Attorney visits will be subject to visual monitoring, but not audio monitoring.

Attorneys are encouraged to visit during regular visiting hours. Attorneys must show a valid bar card or other suitable professional identification, and pass through the metal detector before entry. Attorneys' briefcases and paper being introduced into the USP will be searched for contraband by use of the X-ray machines located in the front lobby. Attorneys' briefcase and papers being introduced into the Satellite Camp (SCP) will be hand searched for contraband. The use of cameras or recording equipment without the written consent of the Warden is prohibited.

All attorney visits for the USP and SCP will be scheduled through the appropriate Unit Team and monitored by Unit Staff. The attorney and his/her client will be afforded privacy in the attorney room located inside the USP Visiting Room. At the SCP, all attorney visits will be afforded privacy in the Camp Conference Room.

If the attorney rooms are in use, the attorney is to be offered the opportunity to reschedule the visit when a more private area is available. If it becomes necessary for the inmate to bring pertinent legal material into the Visiting Room, Unit Staff will bring the materials into the Visiting Room.

**Legal Material:** During attorney visits, a reasonable amount of legal materials may be allowed in the visiting area with prior approval. With prior approval, legal materials may be transferred

# Superior Court of The District of Columbia
## Special Proceedings Branch

Gardner Bradley, pro se.
1901 D Street, S.E.
Washington, D.C. 20003

Appellant

—verses—

D.C. Department of Corrections, et al.,
Odie Washington Director of DCDC and
Steven A. Smith Warden of D.C. Jail
1923 Vermont Ave., N.W., Ste. N209
Washington, D.C. 20001

Defendants

Docketed case: #SP-1323-05

Petition to Reinstate.
Writ of Habeas Corpus
for relocation to Seven
Locks Federal Detention
Facility at Montgomery
County Jail undue to
torture by Correctional
Officers while shackled and
handcuff out of cell

Motion _Denied As moot_ in chambers.
Aug. 16, 05   /s/ Mencher
Date          Bruce S. Mencher, Senior Judge
Mr. Bradley transferred to Okl. City FTC 8-8-05

TO: Judge Bruce S. Mencher; D.C. Court Special Proceeding clerk

I, Appellant/petitioner, above named duly seeks leniency from clerk of court to D.C. Superior Court special proceedings Branch pursuant court rules and municipal statutes governing the city of Washington, D.C. in federal territory of District of Columbia. I knowingly having been advised by D.C. Bar Lawyer Sharon L. Burka to redraw pleading in the above captioned cause duly put on notice the calendar clerk to reinstate the original petition for adjudication by presiding Judge Bruce S. Mencher. That Correctional officers at CDF/D.C. Jail have gone beyond bounds of U.S. Constitution in conditions of confinement as to torture appellant/petitioner while under psychiatric care from

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE

10 Fujit
Received
08/29/05

Mr. Gardner Bradley
Reg. # 36428-007

MCFP Springfield-SPG
Attn: Mailroom/Records
P.O. Box 4000
Springfield, MO.    65807

65801-4000

MAILED FROM ZIPCODE 20001
AUG 17 2005
$00.370
0004359762
UNITED STATES POSTAGE
PITNEY BOWES