IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDNER BRADLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ODIE WASHINGTON, et al., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1304 (ESH) |

**CONSENT MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE AN OPPOSITION TO THE MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b), undersigned Court-appointed counsel for Plaintiff Gardner Bradley, respectfully requests that this court issue an order extending the period for responding to Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment.

Counsel for Plaintiff requires the extension of time because she was appointed on May 24, 2006, the same day that the Defendants' Motion was filed. Plaintiff is currently incarcerated at a federal prison in West Virginia and is not yet aware that Counsel has been appointed to represent him  Thus, plaintiff filed an opposition to the defendants' motion *pro se* on June 5, 2006. Counsel needs time to familiarize herself with the record in this case and to determine whether that response should be supplemented or withdrawn now that Counsel has been appointed in this case.

622212.1

Counsel requests that this court permit a 30 day-extension of time to file an appropriate response to the defendants' Motion.

Counsel for defendants Bernard Hall and Steven Smith has indicated that they do not oppose this request.

Respectfully submitted,

/s/ Mary Lou Soller
_____

Mary Lou Soller (DC Bar #246231)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C.  20005-5701
(202) 626-5800

Attorney for
Gardner Bradley, Plaintiff

Dated:  June 8, 2006

# CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing **Consent Motion for a 30-day Extension of Time to file an Opposition to the Motion to Dismiss, or in the Alternative, for Summary Judgment** were served by regular United States mail, postage prepaid, and via the Court's CM/ECF system, this 8th day of June, 2006 upon each of the parties listed below:

**Michael P. Bruckheim**
OFFICE OF THE ATTORNEY GENERAL
FOR DISTRICT OF COLUMBIA
441 Fourth Street, NW
Sixth Floor North
Washington, DC 20001
(202) 442-9833
Fax: (202) 727-3625
Email: michael.bruckheim@dc.gov


　　　/s/ Mary Lou Soller

Mary Lou Soller

622212.1