## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDNER BRADLEY, | : |
| Plaintiff, | : |
| v. | : |
| | :     CV-05-1304 (ESH) |
| ODIE WASHINGTON, et al., | : |
| Defendants. | : |

### DEFENDANTS BERNARD HALL AND STEVEN SMITH'S REPLY TO PLAINTIFF'S OPPOSITION TO THEIR MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants Bernard Hall and Steven Smith, ("Defendants"), by and through their counsel, the Office of the Attorney General for the District of Columbia, submit the following Reply[1] to plaintiff's opposition to their motion to dismiss, or alternatively, for summary judgment.

### I. THE COURT LACKS SUBJECT MATTER JURISDICTION OVER PLAINTIFF'S COMPLAINT

Other than make unsupported arguments about the problems with the grievance system at DC Jail, plaintiff has failed to produce evidence to show that he exhausted his administrative remedies as required by the Prison Litigation Reform Act of 1995 ("PLRA"), Pub. L. No. 104-134, Section 803, 110 Stat. 1321. Plaintiff's failure to present proof that he exhausted the administrative remedies available to him before filing

---

[1] Defendants note for the record that they did consent to an extension of time for plaintiff's newly appointed counsel to file an opposition. Plaintiff apparently filed his opposition without knowing that counsel had been appointed to him. In the absence of a Court order, Defendants seek to protect their Reply rights by filing a timely Reply to plaintiff's opposition. Defendants still consent to plaintiff's counsel's motion for an extension to file an opposition, and if necessary, will respond to any supplemental oppositions that may be filed.

suit requires dismissal of his claims against these defendants. *See Wendall*, 162 F.3d 887; *Toombs*, 139 F.2d 1102; *Garrett*, 127 F.3d 1263.

WHEREFORE, Defendants Bernard Hall and Steven Smith pray this Court dismiss the Complaint with prejudice, or in the alternative, grant summary judgment.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        \_\s\_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

        \_\_\s\_____
        MICHAEL P. BRUCKHEIM [455192]
        Assistant Attorney General
        441 4TH Street, NW, 6th Floor-South
        Washington, D.C. 20001
        202-724-6649; 202-727-6295