# Exhibit 1

Case 1:05-cv-01304-ESH    Document 29-2    Filed 07/10/2006    Page 1 of 3

## Inmate Record

### 296275 - BRADLEY, GARDNER

| | |
|---|---|
| Institution: | 12 - CENTRAL DETENTION FACILITY (CDF) |
| Current Location: | RELEASED |
| Record Status: | INACTIVE |
| Booking Number: | 2005-04173 |
| PDID Number: | 548800 |
| Social Security #: | REDACTED |
| US Marshal #: | 36428007 |
| # Total Bookings: | 5 Booking History |
| Commitment Date: | 03/30/2005 |
| Release Date: | 08/08/2005 |
| Release Type: | RELEASE TO US MARSHAL |
| In Custody Of: | USMS |
| Parole Elig. Date: | N/A |
| Short Term Date: | N/A |
| Full Term Date: | N/A |



### Personal Data

| | | | |
|---|---|---|---|
| Sex: | MALE | Race: | BLACK |
| Birth Date: | REDACTED | Ethnicity: | AFRICAN AMERICAN |
| Birth Place: | CA | Education: | 14 |
| | | Occupation: | NONE |
| Hair: | N/A | | |
| Eyes: | N/A | Address: | REDACTED |
| Weight: | N/A | | |
| Height: | N/A | | |
| Aliases: | (No Alias SSN's) | (No Alias Names) | |

### Charges

REDACTED

# REDACTED

---

### Detainers

(No Detainer History)

---

### Transfer History

| | Date/Time | Institution |
|---|---|---|
| From: | 3/30/2005 2:20:35 PM | INITIAL |
| To: | 3/30/2005 2:20:35 PM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| | | |
| From: | 8/8/2005 8:42:28 AM | 12 - CENTRAL DETENTION FACILITY (CDF) |
| To: | 8/8/2005 8:42:28 AM | RELEASE |

---

### Booking History

| Booking# | Committment Date | Release Date | |
|---|---|---|---|
| 2005-04173 | 03/30/2005 | 08/08/2005 | <<<---Displayed Above |
| 2004-05336 | 04/20/2004 | 04/23/2004 | |
| 2003-15431 | 12/19/2003 | 03/12/2004 | |
| 2003-15428 | 12/19/2003 | 12/19/2003 | |
| 2003-03635 | 03/27/2003 | 03/29/2003 | |

---

**The Washington, DC Department of Corrections updates this information regularly. Therefore, information on this site may not reflect the current location, status, release date or other information regarding an inmate.**

*For additional information, please contact the DC Department of Corrections*