IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDNER BRADLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>ODIE WASHINGTON, *et al.*,<br><br>    Defendants. | Case Number: 1:05-cv-01304 (ESH) |

## ORDER

Upon consideration of Defendants Steven Smith and Bernard Hall's Motion to Dismiss. Or in the Alternative, for Summary Judgment, and Plaintiff's Opposition thereto, and the facts and law considered, it is hereby:

ORDERED that the Defendants' motion is DENIED,

So ORDERED this _____ day of _____, 2006.

_____
The Honorable Judge Huvelle
United States District Court for the District of Columbia

**Copies to:**

Mr. Gardner Bradley
Fed. Reg. No. 36428-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

Mary Lou Soller, Esquire
Miller & Chevalier Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005

Michael P. Bruckheim
Assistant Attorney General
441 4th Street, NW
6th Floor South
Washington, D.C. 20001