IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDNER BRADLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>ODIE WASHINGTON, *et al.,*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:05-cv-01304<br>) (ESH)<br>)<br>)<br>)<br>)<br>) |

## **ERRATA**

On July 10, 2006, Plaintiff Gardner Bradley, by and through his attorney, electronically filed Plaintiff's Opposition To Defendants Steven Smith And Bernard Hall's Motion To Dismiss, Or In The Alternative, For Summary Judgment And Memorandum Of Points And Authorities In Support Thereof, and included in the pdf (as an attachment) was Plaintiff's Statement of Material Facts In Dispute.

Upon further review of the statement of facts, a typographical error was noticed in paragraph three (3) (the word "not" was inadvertently dropped from the first sentence). A corrected version of Plaintiff's Statement of Material Facts in Dispute is attached.

629685.1

Respectfully submitted,


\_\_/s/\_ Mary Lou Soller_____
Mary Lou Soller, Esquire
(D.C. Bar # 246231)
Miller & Chevalier Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C.  20005
(202) 626-5800
(202) 626-5801 (fax)

*Attorney for Plaintiff*

July 12, 2006

629685.1