IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDNER BRADLEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ODIE WASHINGTON, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case Number: 1:05-cv-01304 <br> (ESH) |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN DISPUTE**

Plaintiff asserts that there are many material facts in dispute. Because Defendants have not addressed the merits of Plaintiff's claims, Plaintiff does not here list all material facts in dispute relating to such merits.

In support of his Opposition to Defendants' motion to dismiss or for summary judgment, Plaintiff submits the following statement of genuine issues in dispute and necessary to be litigated:

1. Plaintiff Gardner Bradley filed an inmate grievance concerning an alleged assault and battery and violation of his constitutional rights on June 30, 2005. (Dkt. #8)

2. Plaintiff Gardner Bradley was not required to file an inmate grievance concerning an alleged removal of his legal materials on August 8, 2005. (Exhibit 1 and Exhibit 2)

3. The District of Columbia Department of Corrections Inmate Grievance Procedures did not apply to Plaintiff Gardner Bradley after he was transferred from a correctional facility operated under the authority of the District of Columbia Department of Corrections. (Exhibit 2)

                Respectfully submitted,

.

                __/s/_Mary Lou Soller_____
                Mary Lou Soller, Esquire
                (D.C. Bar # 246231)
                Miller & Chevalier Chartered
                655 15th Street, N.W.
                Suite 900
                Washington, D.C.  20005
                (202) 626-5800
                (202) 626-5801 (fax)

                ***ATTORNEY FOR PLAINTIFF***

July 10, 2006

629639.2