# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GARDNER BRADLEY,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1304 (ESH) |
| **ODIE WASHINGTON,** *et al.*, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment [23] is **GRANTED IN PART**, and plaintiff's claim concerning the alleged assault on June 30, 2005 is **DISMISSED**; and it is

**FURTHER ORDERED** that defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment [23] is otherwise **DENIED IN PART**, as plaintiff may proceed with his claims regarding the alleged incidents on July 31, 2005 and August 8, 2005; and it is

**FURTHER ORDERED** that any Amended Complaint shall be filed by plaintiff within thirty days of this Order.

**SO ORDERED**.

                                                                          s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date: August 2, 2006