IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDNER BRADLEY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ODIE WASHINGTON, *et al.*, )<br>)<br>Defendants. )<br>)<br>) | Case Number: 1:05-cv-01304<br>(ESH) |

## PLAINTIFF'S CONSENT MOTION
## FOR EXTENSION OF TIME WITHIN WHICH TO FILE AMENDED COMPLANT

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff respectfully requests leave of this Court for an extension of time, until October 2, 2006, within which to file an amended complaint. Counsel for Defendants has consented to the granting of this Motion.

In support of this Motion, Plaintiff states as follows:

1. Undersigned counsel was appointed to represent Plaintiff on May 24, 2006. Prior to counsel's appointment, Plaintiff had filed a complaint and an amended complaint and had proceeded *pro se.*

2. As soon as she was appointed, counsel for Plaintiff defended Defendant's attempts to dismiss this case. In her pleadings, she informed the court that she intended to seek the Court's permission to file an amended complaint. On August 2, 2006, this Court granted this request and established September 1, 2006, as the date by which such complaint should be filed.

3. Discussions with Plaintiff are essential to counsel's ability to file this amended complaint. However, since her appointment, counsel has been able to communicate with

Plaintiff only by mail. This process means that all communications take place slowly and any questions raised must be followed up by additional mail.

4. Counsel has scheduled two visits to Hazelton to visit Plaintiff, but these visits were cancelled because the facility was in "lock-down" (*i.e.,* prisoners were confined to their cells, which prevented visits of any kind). Counsel has called the facility daily in an attempt to schedule a telephone call with Plaintiff, but these efforts have also been unsuccessful.

5. Counsel was away from the office for much of August because of several deaths in her immediate family, so has been unable to communicate effectively with Plaintiff by mail about the amended complaint. If granted additional time, counsel could engage in necessary discussions either through the mail or by making additional attempts to visit Plaintiff.

THEREFORE, for the reasons set forth above, counsel respectfully requests that this Motion be granted.

Respectfully submitted,

__s/_____
Mary Lou Soller, Esquire
(D.C. Bar # 246231)
Miller & Chevalier Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 626-5800
(202) 626-5801 (fax)

*ATTORNEY FOR PLAINTIFF*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDNER BRADLEY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ODIE WASHINGTON, *et al.*, )<br>)<br>Defendants. )<br>) | Case Number: 1:05-cv-01304<br>(ESH) |

# ORDER

Upon consideration of Plaintiff's Consent Motion For Extension Of Time Within Which To File Amended Complaint, it is hereby:

ORDERED that the Plaintiff's motion is GRANTED, and the time within which he may file an amended complaint is extended to October 2, 2006,

So ORDERED this _____ day of _____, 2006.

_____
The Honorable Judge Huvelle
United States District Court for the District of Columbia

**Copies to:**

Mr. Gardner Bradley
Fed. Reg. No. 36428-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

Mary Lou Soller, Esquire
Miller & Chevalier Chartered

655 15th Street, N.W.
Suite 900
Washington, D.C. 20005

Michael P. Burckheim
Assistant Attorney General
441 4th Street, NW
6th Floor South
Washington, D.C. 20001