In United States District Court
for the District of Columbia
Civil Division

| | |
|---|---|
| In re Gardner Bradley, pro se<br>fed. reg. #36428-007<br>USP McCreary<br>P.O. Box 3000<br>Pine Knot, Ky 42635<br>plaintiff<br>—verses—<br>Odie Washington, et. al.,<br>Address unknown<br>defendants | docket No. UNKNOWN<br>05-1304 ESH<br><br>Petition for the Production of documents on record in the pending civil action case |

RECEIVED
DEC 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: Hon. Nancy Whittington; Clerk of Court

I, Gardner Bradley, duly petition the United States District Court for the District of Columbia for a Production of documents on Record in the pending civil action case. Pursuant BOP officials confiscated prisoner's legal materials and personal property on November 13, 2006 without providing prisoner a inventory property form. And BOP officials is missing or cannot locate prisoner's property.

Therefore, prisoner petitions the court to duplicate all pleadings on record in civil action case and transmit unto prisoner based upon BOP officials attempt to destroy and obstruct prisoner's access to courts.

Prisoner seeks leniency of court to notify defendants attorney and current plaintiff attorney via clerk of court duplication of this affidavit and forward unto all parties in the pending civil action. Also, prisoner seek leniency of court to file petition in pencil.

This Affidavit is true and correct pursuant penalty of perjury. This 4th day of December 2006 A.D.

*Gardner Bradley*
P.O. Box 3000
Pine Knot, Ky 42635
#36428-007