In United States for the
District Court of the District of Columbia
Civil Division

Gardner Bradley
Fed. reg. # 36428-007
USP McCreary
P.O. Box 3000
Pine Knot, Ky 42635
  Plaintiff
  - versus -
Odie Washington, et. al.,
  Respondent

docket No. _____
05-1304 (ESH)

Notification of Address
Change of **Plaintiff**
And status of pending civil action
before the court

RECEIVED
DEC 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: Hon. Nancy Whittington; Clerk of Court

I, Gardner Bradley, duly notify the U.S. District Court for the District of Columbia in the pending civil action case for the parties in the captoined noted above that prisoner was transfered from USP Hazelton P.O. Box 2000, Brureton Mills, West Virginia 26525 unto the current mailing address at USP McCreary P.O. Box 3000, Pine Knot, Kentucky 42635.

Prisoner also, request the status of pending civil action before the court.

Prisoner seeks leniency of court to file a petition in pencil based on BOP officials willful omission to provide prisoner with the necessary materials for access to courts.

Prisoner request under Freedom of Information Act the name of the clerk of court and mailing address of Federal Courts having jurisdiction over USP McCreary.

I, Gardner Bradley, attest that foregoing affidavit is true and correct pursuant penalty of perjury. This 4th day of December 2006 A.D.

*Gardner Bradley*
# 36428-007
P.O. Box 3000
Pine Knot, Ky 42635