UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDNER BRADLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : CV-05-1304 (ESH) |
| ODIE WASHINGTON, et al., | : |
| | : |
| Defendants. | : |
| _____ | : |

**DEFENDANTS BERNARD HALL AND STEVEN SMITH'S REPORT
REGARDING DISCOVERY PURSUANT TO LCvR 16.3**

Pursuant to Local Civil Rule l6.3, defendants[1] Bernard Hall and Steven Smith submits the following report:

l. Case Track: The standard litigation track is appropriate for this case.

2. Stipulations: None as of this time.

3. Assignment to a Magistrate Judge: Defendants are unwilling to have the case assigned to a Magistrate Judge.

4. Settlement Possibility: The parties have not discussed settlement, and there are no prospects for settlement at this time.

5. Alternative Dispute Procedures: The court-sponsored mediation process may be beneficial after the Court rules on any filed dispositive motion.

6. Motions:  The defendants propose that any post-discovery dispositive motion shall be filed within 30 days of the close of all discovery, that any opposition to a dispositive motion shall be filed within 30 days of the filing of the dispositive motion, and that any reply briefs shall be filed within l5 days of the filing of any opposition to the dispositive motion.

---

[1] Defendants e-mailed a draft of the rule 16 report to counsel for plaintiff on January 18, 2007, but have not yet received a response.

7. <u>Initial Disclosures</u>: Defendants propose to waive initial disclosures.

8. <u>Discovery</u>: Defendants propose that six months should be sufficient time in which to complete discovery, and that discovery shall close on July 26, 2007. Defendants believe that a limit of ten depositions should be set per party and 25 interrogatories per party. Defendants submit that a protective order may be appropriate if plaintiff anticipates review of agency records regarding District employees.

9. <u>Experts</u>: The defendants propose that plaintiff shall make his Rule 26(a)(2) disclosures to the defendants on or before March 12, 2007. Defendants shall make their Rule 26(a)(2) disclosures to the plaintiff on or before April 27, 2007. All depositions of experts must take place prior to the close of discovery.

10. <u>Class Action Procedures</u>: Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: Defendants believe that bifurcation may be necessary in this matter, but reserve their rights to seek bifurcation if the need so arises.

12. <u>Proposed Date for the Pretrial Conference</u>: Defendants request that this date be set at a status conference scheduled at the Court's convenience, following the resolution of any filed dispositive motion.

l3. <u>Trial Date</u>: Defendants propose that a trial date should not be set until the Court rules on any dispositive motions, and/or should be set at the Pretrial Conference.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        \s\
PATRICIA JONES [428132]
Chief, General Litigation, Section IV


        \s\
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
(202)724-6649; (202)727-6295

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARDNER BRADLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : CV-05-1304 (ESH) |
| ODIE WASHINGTON, <u>et al.</u>, | : |
| | : |
| Defendants. | : |
| _____ | : |

## **SCHEDULING ORDER**

Upon consideration of the defendants' Rule 16.3 Report, any response by the plaintiff thereto, and the entire record herein, it is this ____ day of _____, 2007, hereby ORDERED that:

1. Plaintiff shall make his Rule 26(a)(2) disclosures to the defendant on or before March 12, 2007. Defendants shall make their Rule 26(a)(2) disclosures to the plaintiff on or before April 27, 2007. All depositions of experts must take place prior to the close of discovery.

2. Factual and expert discovery shall be completed by July 26, 2007.

3. Dispositive motions shall be filed by August 27, 2007; oppositions shall be filed by September 27, 2007, and Replies shall be filed by October 12, 2007.

4. Each party shall be allowed to serve 25 interrogatories and take 10 depositions of fact witnesses; and

5. A Pretrial Conference shall be scheduled at the Court's convenience, following the resolution of any filed dispositive motion.

_____
The Honorable Ellen S. Huvelle
United States District Court Judge