**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARDNER BRADLEY,       : | |
|                                          : | |
|     Plaintiff,          : | |
|                                          : | |
| v.                                   : | |
|                                          : | CV-05-1304 (ESH) |
| ODIE WASHINGTON, <u>et al.</u>, : | |
|                                          : | |
|     Defendants.       : | |
| _____: | |

**JOINT MOTION TO ENLARGE DISCOVERY AND CONTINUE THE**
**AUGUST 3, 2007, STATUS CONFERENCE**

Defendants Steve Smith and Sergeant Hall ("defendants") and plaintiff Gardner Bradley, jointly move, by and through undersigned counsel and pursuant to Fed. Civ. P. R. 6(b), to enlarge discovery and continue the August 3, 2007, status conference. The parties are engaged in productive settlement discussions and believe they have settled the case in principle. However, plaintiff's counsel has had difficulty communicating with her incarcerated client.

Further grounds for the parties' motion are set forth in the attached memorandum of points and authorities in support.

                                              Respectfully submitted,

                                              LINDA SINGER
                                              Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

                                              \s\ Patricia A. Jones
                                              PATRICIA A. JONES [428132]
                                              Chief, General Litigation, Section IV

\s\ Michael P. Bruckheim_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4th Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-727-6295
E-mail:  Michael.bruckheim@dc.gov
Counsel for Defendants


\s\ Mary Lou Soller_____
MARY LOU SOLLER, ESQ. [246231]
Miller & Chevalier, Chtd.
655 15th Street, NW
Suite 900
Washington, D.C.  20005
202-626-5849
E-mail:  msoller@milchev.com
Counsel for plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GARDNER BRADLEY, | : |
| Plaintiff, | : |
| v. | : |
| | :   CV-05-1304 (ESH) |
| ODIE WASHINGTON, <u>et al.</u>, | : |
| Defendants. | : |
| _____ | : |

## THE PARTIES' MEMORANDUM OF POINTS OF AUTHORTIES IN SUPPORT OF THEIR JOINT MOTION TO ENLARGE DISCOVERY AND CONTINUE THE AUGUST 3, 2007, STATUS CONFERENCE

In support of their Joint Motion to Enlarge Discovery and Continue the August 3, 2007, Status Conference, the parties state as follows:

(1) Plaintiff is incarcerated in the federal system and has frequently been transferred to different penal institutions during the course of this case. Plaintiff's counsel has diligently attempted to communicate with plaintiff, but was frequently unable to do so. However, plaintiff's counsel has now been able to speak with plaintiff, and the parties now have a settlement agreement in principle.

(2) Defendants are currently awaiting plaintiff's completion of the necessary paperwork in order to begin processing the settlement paperwork. As discovery is due to close on August 1, 2007, the parties are unsure as to whether the paperwork would be completed by that date.

(3) Counsel for the parties jointly request that the Court extend discovery for ninety days until November 1, 2007, and continue the August 3, 2007,

status conference to a date after discovery has been completed.  Both parties have a good faith belief that the settlement process will be completed in advance of the close of discovery, and that this matter will be dismissed prior to the close of discovery.

(5) Under Fed R. Civ. P. 6(b):

"…an act that is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed…"

(6) This motion is being jointly filed by the parties prior to the expiration of the August 1, 2007, discovery close date, and the August 3, 2007, status conference.

> Respectfully submitted,
>
> LINDA SINGER
> Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> \s\ Michael P. Bruckheim
> MICHAEL P. BRUCKHEIM [455192]
> Assistant Attorney General
> 441 4TH Street, NW, 6th Floor-South
> Washington, D.C.  20001
> 202-724-6649; 202-727-6295
> E-mail:  Michael.bruckheim@dc.gov
> Counsel for Defendants

\s\ Mary Lou Soller_____
MARY LOU SOLLER, ESQ. [246231]
Miller & Chevalier, Chtd.
655 15th Street, NW
Suite 900
Washington, D.C.  20005
202-626-5849
E-mail:  msoller@milchev.com
Counsel for plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARDNER BRADLEY, | : |
| Plaintiff, | : |
| v. | : |
| | :     CV-05-1304 (ESH) |
| ODIE WASHINGTON, <u>et al.</u>, | : |
| Defendants. | : |

## **ORDER**

Upon consideration of the parties' Joint Motion to Enlarge Discovery and to Continue the August 3, 2007, Status Conference, and the record herein, it is by the Court this____ day of _____, 2007,

**ORDERED**:   that the parties' motion to enlarge and motion for continuance of the status conference is GRANTED for the reasons set forth in their motion; and it is,

**FURTHER ORDERED**:  that discovery is hereby extended to November 1, 2007; and it is,

**FURTHER ORDERED:**   that the August 3, 2007, status conference date is vacated and continued to _____, 2007.

_____
Judge Ellen S. Huvelle
United States Court for the District of Columbia