United States District Court
For the District of Columbia
Civil Division

Gardner Bradley
Fed. Reg. No. #36428-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
   plaintiff

— verses —

D.C. Dept. of Corrections, et. Al.,
D.C. Attorney General office
Address unknown
   defendants

Docket No.: UNKNOWN

FILED
AUG 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notification of Address change of plaintiff

To: Clerk of Court office for U.S. District Court for D.C.

I, Gardner Bradley, being the plaintiff in the above captioned case duly notify the clerk of court office for the U.S. District Court for the District of Columbia that plaintiff was returned to USP Hazelton - SHU (Special Housing Unit) from the state of Kentucky housed at USP McCreary - SHU.

Plaintiff seek lenciency of the Court in writing in pencil based upon the fact that BOP officials has confiscated plaintiff legal property upon Arrival to USP Hazelton R&D section of the prison. And institutional official(s) has not returned unto plaintiff possession his legal property upon repeated request to staff member(s) in standard form BP-S148.055-Sep. 98.

Or provided plaintiff with the proper legal materials for drafting petitions to the court.

Plaintiff request of the clerk of court office that a duplicate copy of plaintiff Affidavit be transmitted unto the Attorney(s) on record before this court.

A written response is deemed Appropriate in plaintiff Access to the courts in the pending controversy before this court.

                                                                *Gardner Bradley*
                                                          Fed Reg. No. #36428-
                                                          USP Hazelton
                                                          P.O. Box 2000

I, Gardner Bradley, Attest that the foregoing     Bruceton Mills, WV
Affidavit written in pencil is true and correct     26525
pursuant the penalty of perjury.

This 26th day of June 2007 A.D.