Page 1 of 2

United States District Court
For The District of Columbia
Civil Division

Civil Action No. 1304 (ESH) ; CV-05

Gardner Bradley, pro se
fed. reg. No. # 36428-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
                    plaintiff

—versus—

DCDC et., Al.,
Office of the Attorney General
for the Mayoral Municipalities
in the District of Columbia
441 4th Street, NW - 6th Floor
Washington, D.C. 20001
                    defendant(s)

FRCP - Rule 50. Petition for Judgment As A Matter of Law In Jury Trial Demand made by pro se plaintiff In commencement of civil action under Title 42 USCA Section 1983, Against physical Torture by DCDC employee(s)

To: United States District Judge Ellen Segal Huvelle

I, Gardner Bradley, pro se (self representation of U.S. Const. Amend. VI) duly petition the U.S. District Court pursuant A handwritten petition entitled, Federal Rules of Civil Procedure (FRCP) Rule 50, Judgement As A Matter of Law In Jury Trial Demand Made by pro se plaintiff in commencement of civil action under Title 42 USCA Section 1983 Against physical Torture by DCDC employee(s).

The dissatisfaction of pro se plaintiff with the court Appointed Lawyer representation of legal controversy before this court is

herein listed:

A.) Court appointed lawyer failure to maintain regular communication with pro se plaintiff civil action case to be informed how to proceed in this legal controversy in the best interest of her "client" but attempting to support municipal government of mayoral office of D.C. in preventing such a case from going to trial by the citizen(s) of the District of Columbia;

B.) Court appointed lawyer inreconciliable difference in requiring pro se plaintiff to sign a proffered settlement document for commissary funds agreed unto over a telephone conversation at USP McCreary in the state of Kentucky;

C.) Court appointed lawyer incompetence to present pro se plaintiff with a final proffered agreement to be signed by pro se plaintiff to enter into a consent decree with the Attorney General office representing the mayoral office "State Agency" of District of Columbia Department of Corrections (DCDC).

In conclusion, plaintiff acting pro se seek adjudication by the assigned U.S. District Court Judge Huvelle concerning the court appointed lawyer conduct/representation pursuant the "Ethical Rules" of Lawyer and Client inreconciliable difference(s) in the litigation of pro se plaintiff civil action case.

I, Gardner Bradley, attest that the foregoing affidavit is true and correct pursuant the penalty of perjury. This 21st day of April 2008 A.D.

Gardner Bradley
pro se plaintiff
fed. reg. no. #36428-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

In The United States District Court
For The District of Columbia
Civil Division

Civil Action No. : CV-05 1304 (ESH)

Gardner Bradley, pro se
Fed. reg. No. # 36428-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
    plaintiff

—verses—

DCDC et. Al.,
State Attorney General for
the Mayoral Municipality
in the District of Columbia
441 4th Street, NW - 6th Flr. North
Washington, D.C. 20001
    defendant(s)

Certificate of Service upon the court Appointed Lawyers' Law Firm[1]

To: United States District Court Judge Huvelle

I, Gardner Bradley, Acting pro se duly attest that the foregoing Affidavit was transmitted (mailed) through United States Postal Service unto the above captioned court appointed Lawyers' Law Firm Affidavit entitled, <u>FRCP-Rule 50. Petition for Judgment as a matter of Law in Jury Trial Demand made by pro se plaintiff in commencement of civil Action under Title 42 USCA section 1983, against physical Torture by DCDC Employees</u>, placed into prison mail system in the Special Housing Unit (SHU) at USP Hazelton on April 21, 2008.

[1] Mailing address: Miller and Chevalier - Chartered
655 15th Street, N.W. - Suite 900
Washington, D.C. 20005-5701

Gardner Bradley
Fed. reg. No. # 36428-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

IN the United States Court
For The District of Columbia
Civil Division

Civil Action No. CV-05 1304 (ESH)

Gardner Bradley, pro se,
Fed. reg. No. #36428-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
    plaintiff

—verses—

DCDC et. Al.,
State Attorney General for the
Mayoral Municipality in the
District of Columbia
441 4th Street, NW - 6th Flr North
Washington, D.C. 20001
    defendants

Certificate of Service upon the State Attorney General for the Mayoral Municipality in the District of Columbia

To: United States District Court Judge Huvelle

I, Gardner Bradley, acting pro se duly attest that the foregoing Affidavit was transmitted (mailed) through United States Postal Service(s) unto the above captioned defendant(s) mailing address. Affidavit entitled, <u>FRCP-Rule 50. Petition for Judgment as a matter of Law in Jury Trial Demand made by pro se plaintiff in commencement of civil action under Title 42 USCA section 1983, against physical Torture by DCDC Employee(s)</u>, placed into prison mail system in the Special Housing Unit (SHU) of USP Hazelton on April 21, 2008.

I, Gardner Bradley, attest that the foregoing handwritten affidavit is true and correct pursuant the penalty of perjury. This 21st day of April 2008 A.D.

*/s/ Gardner Bradley*
Fed reg. No. #36428-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525