In The United States District Court
For The District of Columbia
Civil Division

Let this be filed
ESH 4/27/08

Gardner Bradley, pro se
Fed. reg. No. #36428-007
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
  Appellant

—verses—

DCDC et. Al.,
State Attorney general office
for Mayoral Municipality of D.C.
Michael P. Bruchheim, Atty. Gen.
441 4th Street, NW 6th Flr., -South
Washington, D.C. 20001
  Respondent/Appellee

Docket No.: 1:05-cv-1304(ESH)

Notice of Intent To Appeal the Dismissal of Torture Claim for the redress of grievance pursuant U.S. Const. Amend. I Access to Courts

To: U.S. District Judge Ellen S. Huvelle

I, Gardner Bradley, pro se before this court without access to SHU (Special Housing Unit) Law Library at USP Hazelton since January 2008 put on notice this court pursuant Intent to Appeal the Dismissal of Torture claim for the redress of grievance pursuant U.S. Const. Amend. I Access to courts.

Facts of claim for appeal rights to U.S. Court of Appeals for the District of Columbia:

1.) In light of civil docket files from the clerks of court office mailed unto prose plaintiff at USP Hazelton and

Received by pro se Appellant on Tuesday, April 22, 2008 during the evening watch shift mail handout in the Special Housing Unit (SHU) is the first instance of Notice of dismissal of Torture claim before U.S. District Judge Huvelle;

2.) Herein, pro se plaintiff duly Appeal pursuant the civil docket file of page 6 of 6, item number 44 (forty-four) without possessing the original order dated October 31, 2007 by U.S. District Judge Huvelle dismissing Torture Claim docket No. 1:05-cv-1304(ESH);

3.) Additionally, pro se plaintiff assert that under the circumstance(s) of incompetence and intentional neglect by the court appointed lawyer employed at the "Law Firm of Miller and Chevalier - chartered";

a.) That pro se Appellant never received a notice of dismissal in this Torture claim (docket No. 1:05-cv-1304 ESH) within the Appeal rights set by the Rules of Court - Federal Rules of Civil Procedures to file a timely Appeal unto the U.S. (District) Court of Appeals for the District of Columbia pursuant receipt of order dated October 31, 2007 dismissing Torture claim after the expiration of the time frame set by "FRCP" to appeal a ruling/order of a U.S. District Court Judge.

In conclusion, the U.S. District Court for the District of Columbia and U.S. Court of Appeals for the District of Columbia should accept pro se Notice of Intent to Appeal Torture Claim based upon the incompetence and intentional neglect of court appointed Lawyer employed thru "Law Firm of Miller and Chevalier-Chartered. That default of filing proper Notice of Appeal is not a result of pro se Appellant failure to prosecute Torture claim.

                                               _Gardner Bradley_
                                               Pro se Appellant
                                               Fed. reg. No. #36428-007
                                               USP Hazelton
                                               P.O. Box 2000
                                               Bruceton Mills, WV 26525

I, Gardner Bradley, attest that the foregoing handwritten Affidavit is true and correct pursuant the penalty of perjury.

This 22nd day of April 2008 A.D.