UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARDNER BRADLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civ. Action No. 05-1304 (ESH) |
| **ODIE WASHINGTON,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff, proceeding *pro se*, has filed a motion pursuant to Fed. R. Civ. P. 50 for judgment as a matter of law. Plaintiff appears to be complaining about the representation that was provided by extremely able *pro bono* counsel whom the Court asked to help represent plaintiff. However, by Court Order, this case was dismissed with prejudice on December 15, 2007, as settled, and it is the Court's understanding that plaintiff has received the monies promised to him under the settlement.

In sum, this Court has no jurisdiction over this matter, for the case is closed, and plaintiff has no basis for requesting relief under Rule 50. Moreover, because this is a civil case, plaintiff cannot raise a claim of ineffective assistance of counsel. Therefore, it is hereby

**ORDERED** that plaintiff's Rule 50 motion [Dkt. No. 45] is **DENIED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: April 29, 2008