# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-7058**  **September Term 2007**

1:05-cv-01304-ESH

Filed On: June 20, 2008 [1122644]

Gardner Bradley,

    Appellant

v.

Odie Washington, et al.,

    Appellees

## ORDER

Upon consideration of appellant's motion to withdraw appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:   /s/
                Mark A. Butler
                Deputy Clerk